IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

      Plaintiff,

**Case No. 15-CV-80906**

vs.

LOGISTIC DYNAMICS, INC.,

      Defendant.

_____/

## MOTION TO NOTICE COURT OF PROPOSED SETTLEMENT

The Parties, by and through their attorney's and pursuant to Fed. R. Civ. P. 6 (b), hereby notices the Court of a Proposed Settlement in the above matter. In support thereof, the Parties would state as follows:

1. The parties reached a preliminary settlement on October 7, 2015.

2. The parties would ask the court to postpone any pending deadlines and hearings while they work out the terms of the settlement and thereafter submit settlement documentation to the court.

3. Pursuant to Local Rule 3.01(g), counsel for Plaintiff and Defendant have conferred and have indicated no objection to the request herein.

4. None of the parties will be prejudiced by the request and the extension is not intended to delay resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant an extension of time while settlement terms are finalized.

## **LOCAL RULE 3.01(g) CERTIFICATE**

Pursuant to Local Rule 3.01(g), I hereby certify that all counsel have conferred regarding the relief sought in this motion in a good faith effort to resolve the issues raised in the motion. None of the Counsel for any of the parties have indicated an objection to the requested extension of time.

Dated: October 20, 2015

                              Respectfully submitted,

                                /s/ Jason P. Dollard
                             JASON P. DOLLARD, FBN: 0649821
                             Jdollard@lrevanspa.com; jdollard@jpdesq.com
                             Leslie Robert Evans & Associates, PA- Of Counsel
                             214 Brazilian Avenue, Suite 200
                             Palm Beach, FL 33480
                             Telephone: (561) 832-8288
                             Facsimile: (561) 832-5722
                             Counsel for Plaintiff Shipping & Transit, LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on October 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

Joel C. Zwemer, Esq.
Dean, Mead, Minton & Zwemer
1903 South 25th Street, Suite 200
Fort Pierce, Florida 34947
772-464-7700- Telephone
772-562-7700- Telephone
772-464-7877-Facsimile
JZwemer@deanmead.com
Counsel for Defendant LOGISTIC DYNAMICS, INC.